Opinion filed November 16,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00119-CV

                                                    __________

 

IN THE MATTER OF THE
ESTATE OF RAYMOND

                GERALD
ROBERTS, DECEASED



 

                                   On
Appeal from the 106th District Court

                                                         
Dawson County, Texas

                                                 Trial
Court Cause No. 10-08-1422

 



 

                                            M
E M O R A N D U M    O P I N I O N

Lamesa
National Bank is the only remaining appellant in this appeal.  It has filed an
unopposed amended motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1).  In the
motion, appellant states that it “no longer desires to prosecute its appeal.”  Therefore,
in accordance with appellant’s request, we dismiss the appeal.

The
motion to dismiss is granted, and the appeal is dismissed.

 

November 16, 2012                                                                PER
CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Hill.[1]









[1]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.